1  J. David Bickham (SBN 145449)
   Email:  dbickham@reedsmith.com
2  Phillip Babich (SBN 269577)
   Email:  pbabich@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
5  Facsimile:     +1 415 391 8269

6  Attorneys for Defendant
   American Medical Systems, Inc.
7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                 OAKLAND DIVISION

11  LISA ANN RODDY and JOHN D. RODDY, | Case No. CV 11-03970-PJH
    DONNA HARRELL and TRENTON        |
12  HARRELL,                          | [**PROPOSED**] ORDER GRANTING
                                      | REQUEST FOR PERSONAL
13              Plaintiffs,           | APPEARANCE AT CASE MANAGEMENT
                                      | CONFERENCE
14       vs.                          |
                                      |
15  AMERICAN MEDICAL SYSTEMS, INC.,   | Hearing Date: December 1, 2011
                                      | Hearing Time: 1:30 p.m.
16              Defendant.            | Place:        Courtroom 3, 3rd Floor.
                                      |
17                                    | Complaint Filed:  August 12, 2011

18                                      Honorable Phyllis J. Hamilton

19

20

21

22

23

24

25

26

27

28

CV 11-3970-PJH                          – 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

On November 18, 2011, the Court granted counsel for Defendant American Medical Systems, Inc. (AMS) request to appear telephonically.  On November 21, 2011, counsel for Defendant AMS requested permission of the Court to appear in personal at the Case Management Conference scheduled for December 1, 2011, at 1:30 p.m., in the above-entitled Court.  Upon agreement of the parties and upon consideration of the request, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

Defendant's request to appear in person at the Case Management Conference is **GRANTED**. The parties are to appear in person on December 1, 2011, at 2:00 p.m. Pacific Time or at such other time as the Court may become available to begin the Case Management Conference.

DATED: __November 29__, 2011.



_____
Judge, United States District Court

CV 11-3970-PJH                                – 2 –

[PROPOSED] ORDER GRANTING REQUEST FOR PERSONAL APPEARANCE AT
CASE MANAGEMENT CONFERENCE